IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE BOWIE, III,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SP INDUSTRIES, INC., SP SCIENTIFIC,<br>and SHERRY FEDORKO,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 2:20-cv-05698-JP |

## STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS SP INDUSTRIES, INC. AND SP SCIENTIFIC TO RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED and AGREED, by and between the undersigned counsel for the parties to this action, that the time in which Defendants SP Industries, Inc., and SP Scientific may answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter is hereby extended <u>to and including</u> Monday, May 3, 2021. No prior extensions of time have been sought or granted.

By: /s/ *Christopher R. Booth, Jr.*
Christopher R. Booth, Jr.
1835 Market Street, Suite 2950
Philadelphia, PA 19103
ATTORNEYS FOR PLAINTIFF


Dated: March 23, 2021

By: /s/ *Asima J. Ahmad*
Brooke T. Iley (*pro hac vice* to be filed)
Asima J. Ahmad
**Blank Rome LLP**
One Logan Square, 130 North 18th Street
Philadelphia, Pennsylvania, 19103
ATTORNEYS FOR DEFENDANTS SP
INDUSTRIES, INC. and SP SCIENTIFIC

Dated: March 23, 2021

　　　　　　　　**IT IS SO ORDERED:**

　　　　　　　/s/ John R. Padova
　　　　　　　HON. JOHN R. PADOVA, J.
　　　　　　　Dated: March 26, 2021