# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE BOWIE, III, | : |
| Plaintiff, | : CIVIL ACTION NO. 2:20-cv-05698-JP |
| v. | : |
| SP INDUSTRIES, INC., SP SCIENTIFIC, and SHERRY FEDORKO, | : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Local Rule 41.1(b), Plaintiff, by and through his undersigned counsel, hereby voluntarily dismisses, **WITH PREJUDICE**, all Counts of his Complaint against Defendants.

Respectfully Submitted,

By: /s/ *Christopher R. Booth, Jr.*
Christopher R. Booth, Jr.
1835 Market Street, Suite 2950
Philadelphia, PA 19103

ATTORNEY FOR PLAINTIFF

Dated: May 3, 2021